IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ERNEST SASSO : | |
| | CAROL ANN SASSO : | Case No.: 24-10717-AMC-13 |
| | : | |
| | **Debtors** : | Chapter 13 |
| | : | |

## OPPOSITION OF DEBTORS TO TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. As set forth in the Motion of Kenneth E. West, Esq., the acting Chapter 13 Trustee in the above-captioned case, this case was commenced by the filing of a Chapter 13 petition by Ernest Sasso, Esq., attorney *Pro Se* for the Debtors on March 4, 2024.[1]

2. Debtors, through their undersigned *Pro Se* counsel, admit that they did not appear at a Chapter 13 confirmation hearing before this Honorable Court on June 18, 2024.

3. Debtors aver that, after several postponements pending receipt of a copy of co-debtor Carol Ann Sasso's social security card, the Chapter 13 confirmation hearing before this Honorable Court was rescheduled on June 18, 2024. Debtors further aver that they received no confirmation via postal mail and e-mail, of the rescheduled date, nor did they receive any attendant documents pertaining to the confirmation hearing.

4. The Debtors have identified all of their assets and their creditors in the documents that have been filed, and therefore have been forthcoming with the Bankruptcy Court.

5. The Debtors further aver that they have dutifully—and voluntarily—made monthly payments to the Santander Bank in accordance with their automobile loan.

6. The Debtors have not abused the purpose and spirit of bankruptcy law and have not engaged in bad faith in neither filing the instant petition, nor in inadvertently not attending the Chapter 13 confirmation hearing. The debtors further aver that they have no knowledge of the amount of the payments they are required to make to the Trustee, and that the creditor Wells Fargo Bank has not been prejudiced by the delay.[2]

---

[1] Attorney Sasso has been an active member of the Pennsylvania Bar since 1981, and was admitted to the Bar of the United States District Court for the Eastern District of Pennsylvania in 1987. Attorney Sasso has also been admitted to, inter alia, the Bars of the Third Circuit Court of Appeals and the United States Supreme Court.

[2] It should be noted that creditor Wells Fargo Bank has improperly continued the Sheriff's Sale in the Debtors' property to September 2024 despite notice of Debtors' active Chapter 13 petition and automatic stay.

**WHEREFORE**, Ernest Sasso, Esq., respectfully requests that the Court deny the Trustee's Motion to enter an Order dismissing the case, and reschedule a creditors meeting, to be attended by the undersigned Debtors' *Pro Se* counsel.

Respectfully submitted,

Dated: August 13, 2024                **LECHTER & SASSO, P.C.**

By: *Ernest Sasso*
Ernest Sasso, Esquire
Pennsylvania Attorney I.D. No. 34883
*Attorney for Debtors, Pro Se*
Lechter & Sasso, P.C.
1845 Walnut Street, 25th Floor
Philadelphia, Pennsylvania 19103-4725
(215) 564-6000 [Telephone]
(215) 598-0977 [Fax]
sasso@lechtersasso.com [E-Mail]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | ERNEST SASSO | : | |
|---|---|---|---|
| | CAROL ANN SASSO | : | Case No.: 24-10717-AMC-13 |
| | | : | |
| | **Debtors** | : | Chapter 13 |
| | | : | |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and Debtors' Reply in Opposition, and after notice and hearing, it is hereby **ORDERED** that the Motion to Dismiss Case is **DENIED**.

**IT IS FURTHER ORDERED** that the case shall be duly confirmed.

_____
Honorable Ashely M. Chun
Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Ernest Sasso, Esquire, hereby certify that on August 13, 2024, a true and correct copy of the foregoing Opposition of Debtors to Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 was served via e-filing on all counsel of record:

BMO Bank N.A., c/o AIS Portfolio Services
4515 N. Santa Fe Avenue, Dept. APS
Oklahoma City, OK 73118
acg.acg.cbn.@aisinfo.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

Andrew Spivak
BROCK & SCOTT, PLLC
2011 Renaissance Boulevard, Suite 100
King of Prussia, PA 19406
andrew.spivak@brockandscott.com

**LECHTER & SASSO, P.C.**

*Ernest Sasso* (signature)

Ernest Sasso, Esquire
*Attorney Pro Se for Debtors*
*Ernest Sasso and Carol Ann Sasso*

4